**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 15-160                                    Caption [use short title]

**Motion for:** Extension of time to file principal brief.

Gavin/Solomonese LLC, Appellant -v- Christopher D'Arnaud-Taylor et al., Appellees

Set forth below precise, complete statement of relief sought:

For the reasons set forth in the declaration attached, Appellant requests a two week extension to April 10, 2015 to file its principal brief.

**MOVING PARTY:** Plaintiff Appellant Gavin/Solomonese
- [ ] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** Appellees

**MOVING ATTORNEY:**
Laurence May
Cole Schotz P.C.
900 Third Avenue, New York, NY 10022
Tel: 646-563-8296 E-mail: lmay@coleschotz.com

**OPPOSING ATTORNEY:** See attachment A
[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: United States District Court, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[x] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[x] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [x] No  [ ] Don't Know

Is oral argument on motion requested?  [ ] Yes  [x] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [x] No  If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Signature of Moving Attorney: *Laurence May*   Date: March 19, 2015   Has service been effected?  [x] Yes  [ ] No [Attach proof of service]

---

**ORDER**

IT IS HEREBY ORDERED THAT the motion is **GRANTED  DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

Form T-1080

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------ x

GAVIN/SOLOMONESE LLC, the Liquidating Trustee
of the Waste2Energy Liquidating Trust created in
accordance with the confirmed Chapter 11 Plan of
Reorganization for WATSE2ENERGY HOLDINGS, INC.,
WASTE2ENERGY, INC., WASTE2ENERGY GROUP
HOLDINGS PLC, AND WASTE2ENERGY
TECHNOLOGIES INTERNATIONAL LTD.,

        Plaintiff-Appellant,

-v -

CHRISTOPHER D'ARNAUD-TAYLOR, PETER
BOHAN, JOHN JOSEPH MURPHY, CHARLES VISTA,
LLC, GREGG LORENZO, AND FRANCIS LORENZO,

        Defendants-Appellees.

15-160-CV

------------------------------------ x

## DECLARATION OF LAURENCE MAY

LAURENCE MAY, pursuant to 28 U.S.C. § 1746, hereby declares, under penalty of perjury:

1. I am lead counsel for the Plaintiff-Appellant, Gavin/Solomonese LLC ("Gavin/Solomonese" or "Appellant") on this appeal to the United States Court of Appeals for the Second Circuit.

2. This declaration is submitted in support of the Appellant's request that it be granted a two week extension of its time to file its principal brief.

3. On February 17, 2015, Appellant wrote to the Clerk of the United States Court of Appeals for the Second Circuit requesting that the principal brief be set for filing on March 27, 2015. This date was well within the ninety-one days of the ready date in the case, which was February 3, 2015.

49676/0002-11647501v1

4. Over the last several weeks, I have been suffering from a herniated disk and pinched nerve which has limited my time at work and has made it difficult for me to attend to my professional obligations including completing the Appellant's brief on or before March 27, 2015.

5. My physicians are optimistic that I will soon be able to work full time and it is for that reason that Appellant requests an extension to April 10, 2015.

6. No prior request for this type of relief has been made.

7. I have contacted counsel for all Appellees and all counsel have consented to the extension.

DATED: New York, New York
March 19, 2015

_____
Laurence May