# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand and fifteen.

Before:      Ralph K. Winter,
                 *Circuit Judge.*

_____

Gavin/Solmonese LLC, the Liquidating Trustee of the Waste2Energy Liquidating Trust created in accordance with the confirmed Chapter 11 Plan of Reorganization for Waste2Energy Holdings, Inc.,

        Plaintiff-Appellant,                      **ORDER**

      v.                                                 Docket No. 15-160

Christopher D'Arnaud-Taylor, *et al.*,

        Defendants-Appellees.

_____

Appellant moves for an extension until April 10, 2015 to file the opening brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective April 10, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                         FOR THE COURT:

                                                         Catherine O'Hagan Wolfe,
                                                         Clerk of Court